UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WILLIAMS, | No. 2:23-cv-0878 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEP'T OF STATE HOSPITALS-COALINGA, et al., | |
| Defendants. | |

      Plaintiff is a civil detainee held by the Department of State Hospitals in Coalinga. On October 19, 2023, plaintiff filed a document styled, "Request for Clarification of Stay Order & Continuance Request." (ECF No. 6.) Plaintiff contends that various issues have hindered his ability to prepare this case, including his serious medical condition, frequent COVID lockdowns and recent installations requiring storage of patient property. Plaintiff states that his legal materials are in storage and not easily accessible. Plaintiff seeks a sixty-day extension of time in which to prepare. (Id.)

      Plaintiff references a "stay order," but no such order has issued from this court. The instant case was remanded from state court to this court and is awaiting screening. 28 U.S.C. § 1915A(a). At present, no action by plaintiff is required. Because plaintiff is not currently under a court deadline, his request for extension of time is denied as unnecessary. So long as plaintiff keeps the court apprised of his current address, plaintiff will be notified of court action.

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2 (ECF No. 6) is denied.
3 Dated: November 15, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0878.36d